473 A.2d 661

Cornell, Appellants, v. D'Italia.

 Argued November 22, 1983. Jeffrey

Vincent Matteo, for appellants; Parke H. Ulrich, for appellees.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.